IN THE UNITED STATES BANKRUPTCY COURT
FOR THE
MIDDLE DISTRICT OF ALABAMA

| | | |
|---|---|---|
| **JAMES BRIAN MESSER,** | * | **CASE NO. 16-11206** |
| **LACEY MESSER,** | * | |
| | * | |
| **Debtors.** | * | **CHAPTER 13** |

## NOTICE OF FILING AMENDED PLAN

COME NOW the Debtors, by and through the undersigned, and amend their Plan as follows:

1. By surrendering their interest in the 2014 Intimidator UTV to First Community Bank.

2. By increasing the specified monthly payment to Sunsource to $60.00.

3. By increasing the specified monthly payment to claim #15 of Wells Fargo Bank, N.A. to $100.00.

4. By increasing the specified monthly payment to claim #16 of Wells Fargo Bank, N.A. to $100.00.

5. By reducing the Debtors bi-weekly payment to the Chapter 13 Trustee to $194.00.

6. Attached hereto you will find a copy of the Debtors' Amended Plan.

RESPECTFULLY SUBMITTED this 4th day of October, 2016.

BROCK & STOUT

/s/ Jennifer R. Stanley
Jennifer R. Stanley {STA096}
Attorney for Debtors
Post Office Drawer 311167
Enterprise, Alabama 36331-1167
(334) 393-4357
(334) 393-0026 FAX
brockstout@enter.twcbc.com

CERTIFICATE OF SERVICE

  I, the undersigned, hereby certify that I have this date mailed a copy of the foregoing upon the following, by first class U.S. Mail, postage prepaid, or by electronic noticing in accordance with the local rules of the Bankruptcy Court this 4th day of October, 2016.

| | |
|---|---|
| Teresa R. Jacobs<br>Bankruptcy Administrator<br>ba@almb.uscourts.gov | Sabrina L. McKinney<br>Chapter 13 Trustee<br>Trustees_ofc@ch13mdal.com |

First Community Bank
1325 Harrison Street
Batesville, AR 72501
tmcdonald@firstcommunity.net

            /s/ Jennifer R. Stanley
            Jennifer R. Stanley {STA096}
            Attorney for Debtors